CO-386-online
10/03

# United States District Court
# For the District of Columbia

Defenders of Wildlife, et al.

     Plaintiff
vs

Bureau of Land Management, et al.

     Defendant

Civil Action No._____

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __NONE_____ which have any outstanding securities in the hands of the public:


These representations are made in order that judges of this court may determine the need for recusal.

          Attorney of Record

          _____
          Signature

DC Bar No. 492098        Brian Segee
BAR IDENTIFICATION NO.     Print Name

          1130 Seventeenth Street, NW
          Address

          Washington, DC 20036
          City  State  Zip Code

          (202) 682-9400
          Phone Number