UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEFENDERS OF WILDLIFE, <u>et</u> <u>al</u>.  ) | |
| ) | |
| Plaintiffs,  ) | Civil Action No. 07-1801 (ESH) |
| ) | |
| v.  ) | |
| ) | |
| BUREAU OF LAND MANAGEMENT, <u>et</u> <u>al</u>.  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

## ENTRY OF APPEARANCE

Plaintiffs Defenders of Wildlife and Sierra Club hereby provide notice of the appearance of Howard M. Crystal as additional counsel for Plaintiffs in this matter. Plaintiffs request that the clerk of the Court please enter this appearance.

Respectfully submitted,

_____/s/_____
Howard M. Crystal
D.C. Bar No. 446189

Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C. 20009
(202) 588-5206

October 9, 2007