UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE and SIERRA CLUB;<br>    Plaintiffs,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT; U.S. DEPARTMENT OF THE INTERIOR; U.S. ARMY CORPS OF ENGINEERS; and U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>    Defendants. | Case No: 07-1801 (ESH)<br><br>**NOTICE** |

**NOTICE**

During its October 24, 2007 status conference, the Court requested plaintiffs to inform the Court of how they intended to proceed in light of the Department of Homeland Security ("DHS") Secretary's waiver of applicable laws pursuant to Section 102(c)(1) of the REAL ID Act, Pub. L. No. 109-13; 8 U.S.C. § 1103 Note.  Accordingly, plaintiffs hereby respectfully inform the Court and defendants of their intention to file this week an Amended Complaint challenging the constitutionality of the DHS Secretary's waiver of nineteen laws in relation to the San Pedro Riparian National Conservation Area border wall and fence project, and an opposition to defendants' pending Motion to Dismiss on the basis of this Amended Complaint.

Respectfully Submitted this 31st day of October, 2007.

_____/s/_____
Brian Segee (D.C. Bar. 492098)
Defenders of Wildlife
1130 Seventeenth Street, N.W.
Washington, D.C. 20036

(202) 682-9400
(202) 682-1331 (fax)


\_\_/s/_____
Robert G. Dreher, D.C. Bar No. 398722
Defenders of Wildlife
1130 17th Street, N.W.
Washington, D.C.  20036
(202) 682-9400


_____/s/_____

Howard M. Crystal (D.C. Bar. No. 446189)
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009
(202) 588-5206
(202) 588-5049 (fax)

                          Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY certify that true and correct copies of the foregoing Notice were served on Defendants' Attorney Gregory Page through the Court's electronic transmission facilities on this 31st day of October, 2007.

/s/
_____

Brian Segee, D.C. Bar No. 492098
Defenders of Wildlife
1130 Seventeenth Street, N.W.
Washington, D.C. 20036
(202) 682-9400