IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE and SIERRA CLUB )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary )<br>U.S. Department of Homeland Security )<br>)<br>U.S DEPARTMENT OF HOMELAND )<br>SECURITY )<br>)<br>DIRK KEMPTHORNE, Secretary )<br>U.S. Department of the Interior )<br>)<br>U.S. DEPARTMENT OF THE INTERIOR )<br>)<br>JIM CASWELL, Director )<br>Bureau of Land Management )<br>)<br>BUREAU OF LAND MANAGEMENT )<br>)<br>LIEUTENANT GENERAL ROBERT L. )<br>VAN ANTWERP, Commanding General )<br>and Chief of Engineers, U.S. Army Corps of )<br>Engineers )<br>)<br>U.S. ARMY CORPS OF ENGINEERS )<br>)<br>Defendants. )<br>) | Civil Action No. 1:07-CV-01801 (ESH) |

**ATTORNEY APPEARANCE**

    Undersigned counsel, Stephen J. Buckingham, hereby enters his appearance as counsel for the defendants in the above-captioned case.

Dated: November 8, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SANDRA SCHRAIBMAN
Assistant Director
Federal Programs Branch

/s/
Stephen J. Buckingham
Attorney (MD Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Rm. 7119
Washington, D.C. 20001
Telephone: (202) 514-3330
Facsimile: (202) 616-8470
Email: stephen.buckingham@usdoj.gov