UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEFENDERS OF WILDLIFE**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 07-1801 (ESH) |
| **MICHAEL CHERTOFF,** Secretary of Homeland Security, *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, defendants' renewed motion to dismiss [Dkt. # 17] is **GRANTED**, and the case is dismissed with prejudice.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: December 18, 2007